# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Darryl Lamont Woods | )<br>)<br>)<br>) Case No: 08-cr-232(6)<br>) USM No: 22714-424 |
| Date of Original Judgment: 11/18/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Katherine Menendez<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___82___ months **is reduced to** ___70 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Total Offense Level: | 25 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 140-175 | Amended Guideline Range: | 120-125 |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
The Court previously found Defendant responsible for at least 150 grams but less than 300 grams of cocaine base. Because that range now straddles multiple Offense Levels, the Court must make a more specific finding. The Court finds that there is no basis in the record on which to hold Defendant accountable for more than 150 grams of cocaine base. Defendant's new Offense Level is 25. The bottom of the new Guideline range is set by the 10 year statutory mandatory minimum in this case. Defendant is granted a proportionally reduced sentence from the new Guideline range as a result of his substantial assistance to the Government.

Except as otherwise provided, all provisions of the judgment dated ___11/18/2009___ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 1-26-12

Judge's signature

Effective Date: _____
*(if different from order date)*

Chief Judge Michael J. Davis, U.S. District Court
*Printed name and title*