# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Lee Kirk | )<br>)<br>) Case No: 08-cr-232(11)<br>) USM No: 14060-041 |
| Date of Original Judgment: 11/18/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro se<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____      Amended Total Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____    Amended Guideline Range: _____

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
Although the Court concludes that the Fair Sentencing Act reduces Defendant's Offense Level, Defendant's guideline range remains unchanged. See U.S.S.G. § 5G1.1(b) ("Where a statutorily required minimum sentence is greater than the maximum of the applicable guideline range, the statutorily required minimum sentence shall be the guideline sentence."). Defendant is not eligible a sentence reduction. See United States v. Baylor, 556 F.3d 672, 673 (8th Cir. 2009) ("A district court does not have the authority to grant a § 3582(c)(2) sentencing reduction if the relevant Guidelines amendment does not have the effect of lowering the defendant's applicable Guidelines range.").

Except as otherwise provided, all provisions of the judgment dated _____11/18/2009_____ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 1-26-12                                    _____
                                                          *Judge's signature*

Effective Date: _____                                 Chief Judge Michael J. Davis, U.S. District Court
            *(if different from order date)*              *Printed name and title*