UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.         **ORDER**
           Criminal File No. 08-232 (MJD/AJB)

(8) JERRY MARTESE DUBOSE,

    Defendant.

Defendant Jerry Martese Dubose has filed a "Notification of Ultra Vires Order & Seeking Relief from the Order Denying Relief from Illegal & Discriminatory Top Management Directives, Middle Management Policy, & USDC Local Administration Implementations." [Docket No. 583] In this filing, Dubose appears to be seeking reconsideration of this Court's March 26, 2012 Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). [Docket No. 579]

The Court has reviewed all filings by Defendant and his additional argument and concludes that its March 26, 2012 Order is correct.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

Defendant's pro se "Notification of Ultra Vires Order & Seeking Relief from the Order Denying Relief from Illegal & Discriminatory Top Management Directives, Middle Management Policy, & USDC Local Administration Implementations" [Docket No. 583] is **DENIED**.


Dated:   April 13, 2012     s/ Michael J. Davis
                            Michael J. Davis
                            Chief Judge
                            United States District Court